UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

MICHAEL SANCHEZ-OXIO,

    Plaintiff,

    v.

UNITED STATES OF AMERICA,

    Defendant.

Civil No. 13-1826 (JAF)

(Crim. No. 06-241-1)

**MEMORANDUM OPINION**

Petitioner Michael Sánchez-Oxio ("Sánchez-Oxio") comes before the court with a motion to alter or amend our previous judgment pursuant to Fed. R. Civ. P. 59(e). (Docket No. 6.)  First, Sánchez-Oxio argues that he is entitled to relief based on *Alleyne v. United States*, 570 U.S. ___, 133 S. Ct. 2151 (2013).  We squarely addressed and dismissed this claim in our denial of his last petition under § 2255.  (Docket No. 4 at 4-5.)  Second, Sánchez-Oxio argues that his last petition under § 2255 was not a second or successive § 2255 motion.  (Docket No. 6.)  The history of the case shows otherwise, as discussed in our previous opinion.  (*See* Docket No. 4.)

For the foregoing reasons, we hereby **DENY** Petitioner's motion to alter or amend judgment (Docket No. 6).

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 17th day of September, 2014.

                                            S/José Antonio Fusté
                                            JOSE ANTONIO FUSTE
                                            U. S. DISTRICT JUDGE